**Anita J. NIGH, Appellant,**

v.

**David W. NIGH, Respondent.**

**No. WD 65128.**

Missouri Court of Appeals, Western District.

April 11, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 30, 2006.

---

James T. Holcomb, Trenton, MO, for Appellant.

Patrick E. Richardson, Kirksville, MO, for Respondent.

Before: LOWENSTEIN, P.J., ELLIS and NEWTON, JJ.

### ORDER

PER CURIAM.

Appellant raises two points in this dissolution proceeding. Her point as to error in classifying property as marital was invited error. The second point relating to child support was waived since appellant did not file a Form 14 with the trial court. Affirmed. Rule 84.16(b).